# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

In re:  Case Number: 18-55926-mlo

Chapter 11

Pyratech Security Systems, Inc.

Hon. Maria L. Oxhom

Debtor.

_____/ Small Business Case Under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: __JUNE 2019__    Date Filed: __July 20, 2019__

Line of Business: __SECURITY SERVICE__  NAICS Code: __561612__

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

__LARRY N. TEAMER__
Printed Name of Responsible Party:

Questionnaire: (All questions to be answered on behalf of the debtor.)

1. Is the business still operating?  Yes _X_ No ____

2. Have you paid all your bills on time this month?  Yes _X_ No ____

3. Did you pay your employees on time?  Yes _X_ No ____

4. Have you deposited all the receipts for your business into the DIP account this month?  Yes _X_ No ____

5. Have you filed all of your tax returns and paid all of your taxes this month?  Yes _X_ No ____

6. Have you timely filed all other required government filings?  Yes _X_ No ____

7. Have you paid all of your insurance premiums this month?  Yes _X_ No ____

8. Do you plan to continue to operate the business next month? Yes **X** No ___

9. Are you current on your quarterly fee payment to the U.S. Trustee? Yes **X** No ___

10. Have you paid anything to your attorney or other professionals this month? Yes ___ No **X**

11. Did you have any unusual or significant unanticipated expenses this month? Yes ___ No **X**

12. Has the business sold any goods or provided services or transferred any assets to any business related to the DIP in any way? Yes ___ No **X**

13. Do you have any bank accounts open other than the DIP account? Yes ___ No **X**

14. Have you sold any assets other than inventory this month? Yes ___ No **X**

15. Did any insurance company cancel your policy this month? Yes ___ No **X**

16. Have you borrowed money from anyone this month? Yes ___ No **X**

17. Have you paid any bills you owed before you filed bankruptcy? Yes ___ No **X**

## TAXES

Do you have any past due tax returns or past due post-petition tax obligations? Yes ___ No **X**

If yes, please provide a written explanation including when such returns will be filed, or when such payments will be made and the source of the funds for the payment.

*(Exhibit A)*

## INCOME

Please separately list all of the income you received for the month. The list should include all income from cash and credit transactions. *(The U.S. Trustee may waive this requirement.)*

TOTAL INCOME $ 33945.94

## SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month..................................................................................... $ 1984.60
Cash on Hand at End of Month....................................................................................... $ 3465.89
PLEASE PROVIDE THE TOTAL AMOUNT OF CASH
CURRENTLY AVAILABLE TO YOU ............................................................. TOTAL $ 4342.89

*(Exhibit B)*

## EMPLOYEES

Number of employees when the case was filed?     14
Number of employees as of the date of this monthly report?     17

## PROFESSIONAL FEES

**BANKRUPTCY RELATED:**
Professional fees relating to the bankruptcy case paid during
this reporting period? ................................................................................ $ 0

Total professional fees relating to the bankruptcy case paid
since the filing of the case? ...................................................................... $ 10,125.00

**NON-BANKRUPTCY RELATED:**
Professional fees paid not relating to the bankruptcy case paid
during this reporting period? ..................................................................... $ 0

Total professional fees paid not relating to the bankruptcy case
paid during this reporting period? ............................................................. $ 0

## PROJECTIONS

Compare your actual income and expenses to the projections for the first 180 days of your case provided at the initial debtor interview.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 41,500.00 | $ 33,945.00 | $ 7,555.00 |
| EXPENSES | $ 38,550.00 | $ 38,224.00 | $ 326.00 |
| CASH PROFIT | $ 2,950.00 | $ (4,279.00) | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: ........................... $ 40,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: ...................... $ 38,500.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: .................. $ 1,500.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

## EXPENSES

Please separately list all expenses paid by cash or by check from your bank accounts this month. Include the date paid, who was paid the money, the purpose and the amount. *(The U.S. Trustee may waive this requirement.)*

TOTAL EXPENSES $ 38224.00

*(Exhibit C)*

## CASH PROFIT

Income for the month (total from Exhibit B) ............................................................. $ 33945.00
Expenses for the month (total from Exhibit C) .......................................................... $ 38224.00

*(Subtract line C from line B)*     CASH PROFIT FOR THE MONTH ................. $ (4279.00)

## UNPAID BILLS

Please attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. The list must include the date the debt was incurred, who is owed the money, the purpose of the debt and when the debt is due. *(The U.S. Trustee may waive this requirement.)*

................................................................. TOTAL PAYABLES $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

Please attach a list of all amounts owed to you by your customers for work you have done or the merchandise you have sold. You should include who owes you money, how much is owed and when is payment due. *(The U.S. Trustee may waive this requirement.)*

................................................................. TOTAL RECEIVABLES $ 22175.00

*(Exhibit E)*

## BANKING INFORMATION

Please attach a copy of your latest bank statement for every account you have as of the date of this financial report or had during the period covered by this report.

*(Exhibit F)*



(EASTERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH 45263-0900

PYRATECH SECURITY SYSTEMS INC
20150 LIVERNOIS AVE
DETROIT MI 48221-1346



0

14799

Statement Period Date: 6/1/2019 - 6/30/2019
Account Type: 5/3 BUS STANDARD CKG
Account Number: 7916721256

Banking Center: Detroit 8 Mile
Banking Center Phone: 313-342-5778
Business Banking Support: 877-534-2264

## Account Summary - 7916721256

| Date | | Description | Amount | | |
|---|---|---|---|---|---|
| 06/01 | | Beginning Balance | $7,983.81 | Number of Days in Period | 30 |
| | 48 | Checks | $(26,126.28) | | |
| | 28 | Withdrawals / Debits | $(12,097.69) | | |
| | 9 | Deposits / Credits | $33,944.94 | | |
| 06/30 | | Ending Balance | $3,704.78 | | |

**Analysis Period: 05/01/19 - 05/31/19**

| | |
|---|---|
| Standard Monthly Service Charge | $11.00 |
| **Standard Monthly Service Charge Waived** (see below) | -$11.00 |
| NEGATIVE COLLECTED FEE [9] | $18.00 |
| **Service Charge withdrawn on 06/21/19** | $18.00 |

[9]Collected balance is the cash balance minus checks drawn on other banks deposited in the last 2-5 days. Negative collected balance occurs when you draw upon those funds before the deposited checks are cleared.

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $3,500 across its business checking, savings, and certificate of deposit accounts. | **Balance Criteria Met?** | **Yes** |
| | Total Combined Monthly Average Balance | $4,462.68 |
| **OR** your business spends at least $500 per month on its business credit card. | **Other Criteria Met?** | **No** |
| | $500 Business Credit Card Spend? | No |

## Checks

48 checks totaling $26,126.28

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1039 i | 06/04 | 150.00 | 25190*i | 06/04 | 601.38 | 25206 i | 06/18 | 601.38 |
| 1041*i | 06/12 | 739.07 | 25191 i | 06/03 | 336.52 | 25207 i | 06/12 | 404.50 |
| 1042 i | 06/19 | 14.56 | 25192 i | 06/14 | 100.52 | 25208 i | 06/26 | 399.49 |
| 1043 i | 06/14 | 150.00 | 25193 i | 06/12 | 291.56 | 25210*i | 06/25 | 510.88 |
| 1044 i | 06/18 | 420.00 | 25194 i | 06/14 | 687.26 | 25211 i | 06/25 | 575.18 |
| 1046*i | 06/27 | 30.43 | 25195 i | 06/11 | 655.72 | 25212 i | 06/26 | 582.18 |
| 25176*i | 06/04 | 262.50 | 25196 i | 06/13 | 648.30 | 25213 i | 06/27 | 743.93 |
| 25177 i | 06/03 | 323.94 | 25197 i | 06/11 | 526.44 | 25214 i | 06/28 | 409.48 |
| 25178 i | 06/04 | 698.17 | 25198 i | 06/11 | 694.48 | 25215 i | 06/27 | 582.18 |
| 25180*i | 06/04 | 575.17 | 25199 i | 06/17 | 324.60 | 25216 i | 06/25 | 36.44 |
| 25181 i | 06/03 | 470.74 | 25200 i | 06/13 | 610.02 | 25217 i | 06/25 | 617.68 |
| 25182 i | 06/04 | 757.42 | 25201 i | 06/12 | 628.43 | 25218 i | 06/27 | 574.46 |
| 25183 i | 06/04 | 478.06 | 25202 i | 06/12 | 542.86 | 25219 i | 06/28 | 1,543.38 |
| 25184 i | 06/04 | 582.18 | 25203 i | 06/12 | 1,543.38 | 25220 i | 06/25 | 589.12 |
| 25185 i | 06/03 | 617.67 | 25204 i | 06/11 | 789.12 | 25221 i | 06/25 | 765.90 |
| 25186 i | 06/04 | 542.85 | 25205 i | 06/11 | 795.42 | 25223*i | 06/26 | 601.33 |



## Withdrawals / Debits

28 items totaling $12,097.69

| Date | Amount | Description |
|---|---|---|
| 06/03 | 1,753.49 | WEB INITIATED PAYMENT AT FIRST INSURANCE INSURANCE 900-7123698 060319 |
| 06/05 | 371.19 | DEBIT CARD PURCHASE AT SPRINT *WIRELESS, 800-639-6111, KS ON 060519 FROM CARD#: XXXXXXXXXXXX6558 |
| 06/05 | 74.00 | OVERDRAFT FEE |
| 06/06 | 37.00 | OVERDRAFT FEE |
| 06/10 | 318.18 | PAYCHEX EIB INVOICE X82044500046491 PYRATECH SECURITY SYST 061019 |
| 06/10 | 512.10 | VIGILANTE SECURI CONS COLL 82 061019 |
| 06/10 | 1,782.00 | WEB INITIATED PAYMENT AT ACCIDENT FUND ONLINE PAY 0033039249 061019 |
| 06/14 | 13.77 | RECURRING PURCHASE AT Amazon Prime, Amzn.com/bill, WA ON 061319 FROM CARD#: XXXXXXXXXXXX6558 |
| 06/14 | 55.00 | MERCHANT PAYMENT - 022198 USPS PO 2 20501 LIVERN DETROIT MI ON 061419 FROM CARD#: XXXXXXXXXXXX655X |
| 06/17 | 49.02 | MERCHANT PAYMENT SAMS CLUB #6454 - 540088 SAM'S Club SOUTHFIELD MI ON 061719 FROM CARD#: XXXXXXXXXXXX655X |
| 06/17 | 80.91 | WEB INITIATED PAYMENT AT DTE ELECTRIC CO 8004774747 61214227 061719 |
| 06/17 | 82.14 | WEB INITIATED PAYMENT AT DTE ELECTRIC CO 8004774747 61214226 061719 |
| 06/17 | 2,613.44 | IRS USATAXPYMT 270956875352379 PYRATECH SECURITY SYST 061719 |
| 06/17 | 27.40 | MERCHANT PAYMENT NST THE HOME DEP - 195380 18700 MEYERS RD DETROIT MI ON 061719 FROM CARD#: XXXXXXXXXXXX655X |
| 06/18 | 10.00 | DEBIT CARD PURCHASE AT MI STATE POLICE IC, 517-2410713, MI ON 061719 FROM CARD#: XXXXXXXXXXXX6558 |
| 06/18 | 40.00 | 5/3 JEANIE WITHDRAWAL - 003063 3927 W EIGHT MILE DETROIT MI ON 061819 FROM CARD#: XXXXXXXXXXXX655X |
| 06/18 | 74.01 | MI UIA TAX TELECHK 800-697-9263 STATE OF M 043000096272656 140031000003189572153 2 061819 |
| 06/18 | 1,000.00 | MI UIA TAX TELECHK 800-697-9263 STATE OF M 043000096145330 140031000003189572902 0 061819 |
| 06/20 | 60.00 | 5/3 JEANIE WITHDRAWAL - 003063 3927 W EIGHT MILE DETROIT MI ON 062019 FROM CARD#: XXXXXXXXXXXX655X |
| 06/21 | 60.00 | 5/3 JEANIE WITHDRAWAL - 003063 3927 W EIGHT MILE DETROIT MI ON 062119 FROM CARD#: XXXXXXXXXXXX655X |
| 06/21 | 18.00 | SERVICE CHARGE |
| 06/25 | 20.00 | DEBIT CARD PURCHASE AT MI STATE POLICE IC, 517-2410713, MI ON 062419 FROM CARD#: XXXXXXXXXXXX6558 |
| 06/25 | 30.00 | DEBIT CARD PURCHASE AT MI STATE POLICE IC, 517-2410713, MI ON 062419 FROM CARD#: XXXXXXXXXXXX6558 |
| 06/27 | 100.69 | MERCHANT PAYMENT - 061702 OFFICE DE 21110 GREENF OAK PARK MI ON 062719 FROM CARD#: XXXXXXXXXXXX655X |
| 06/28 | 48.76 | MERCHANT PAYMENT - 061702 OFFICE DE 21110 GREENF OAK PARK MI ON 062819 FROM CARD#: XXXXXXXXXXXX655X |
| 06/28 | 87.68 | MERCHANT PAYMENT AMAZON.COM*MH879 - 000 AMAZON.COM SEATTLE WA ON 062819 FROM CARD#: XXXXXXXXXXXX655X |
| 06/28 | 2,667.91 | IRS USATAXPYMT 270957904658301 PYRATECH SECURITY SYST 062819 |
| 06/28 | 111.00 | OVERDRAFT FEE |

## Deposits / Credits

9 items totaling $33,944.94

| Date | Amount | Description |
|---|---|---|
| 06/07 | 2,304.00 | Fourteenth Avenu Payroll 63016 110038 060719 |
| 06/07 | 11,087.44 | Bridgewater EDI EDI PYMNTS 308356756 Pyratech Securit 060719 |
| 06/14 | 270.00 | DEPOSIT |
| 06/14 | 2,304.00 | Fourteenth Avenu Payroll 63016 110038 061419 |
| 06/14 | 5,587.25 | DETROITWAYNEMENT PAYMENTS 249111 PYRATECH SECURITY SYST 061419 |
| 06/19 | 360.00 | DEPOSIT |
| 06/21 | 2,304.00 | Fourteenth Avenu Payroll 63016 110038 062119 |
| 06/28 | 2,304.00 | Fourteenth Avenu Payroll 63016 110038 062819 |
| 06/28 | 7,424.25 | DETROITWAYNEMENT PAYMENTS 249111 PYRATECH SECURITY SYST 062819 |



**FIFTH THIRD BANK**
(EASTERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH 45263-0900

PYRATECH SECURITY SYSTEMS INC
20150 LIVERNOIS AVE
DETROIT MI 48221-1346

0

14799

Statement Period Date: 6/1/2019 - 6/30/2019
Account Type: 5/3 BUS STANDARD CKG
Account Number: 7916721256

Banking Center: Detroit 8 Mile
Banking Center Phone: 313-342-5778
Business Banking Support: 877-534-2264

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/03 | 4,481.45 | 06/12 | 2,519.71 | 06/20 | 3,378.63 |
| 06/04 | (166.28) | 06/13 | 1,261.39 | 06/21 | 5,604.63 |
| 06/05 | (611.47) | 06/14 | 8,416.09 | 06/25 | 2,459.43 |
| 06/06 | (648.47) | 06/17 | 5,238.58 | 06/26 | 876.43 |
| 06/07 | 12,742.97 | 06/18 | 3,093.19 | 06/27 | (1,155.26) |
| 06/10 | 10,130.69 | 06/19 | 3,438.63 | 06/28 | 3,704.78 |
| 06/11 | 6,669.51 | | | | |

IF YOU HAVE A FIFTH THIRD BUSINESS OR PROFESSIONAL DEBIT MASTERCARD, YOUR CARD WILL NO LONGER COME WITH CERTAIN INSURANCE BENEFITS DUE TO CHANGES IN THE MASTERCARD DEBIT CARD PROGRAM. THE CANCELLATION OF YOUR EXTENDED WARRANTY-POLICY NO. 84161537-03, PURCHASE ASSURANCE-POLICY NO. 84161537-03, AND MASTERCOVERAGE POLICY NO. 84161543 BENEFITS WILL BE EFFECTIVE ON JULY 1, 2019 AT 12:00 AM EDT. FOR MORE INFORMATION ABOUT YOUR COVERAGE, GO TO WWW.53.COM/DEBIT. TO REQUEST A PRINTED COPY, CALL 800-972-3030. THE POLICIES ARE ISSUED BY NEW HAMPSHIRE INSURANCE COMPANY, AN AIG COMPANY.



This page intentionally left blank.

# PAYROLL JOURNAL

| EMPLOYEE NAME ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | DEDUCTIONS | NET PAY ALLOCATIONS |
|---|---|---|---|---|---|---|---|---|
| **** 100 STAFF | | | | | | | | |
| Arredondo, Jose E 1547 | Regular | 9.4500 | 60.00 | 756.00 | | Social Security 11.72 | | Check # 25192 |
| | Holiday Overtime | 14.1750 | 8.00 | 113.40 | | Medicare 2.74 | F O C | Check Amt 1082.32 |
| | | | | | | MI Income Tax 0.94 | | |
| | | | | | | MI MIDET CTY Inc 3.58 | | |
| | EMPLOYEE TOTAL | | 68.00 | 1869.00 | | 18.28 | | Net Pay 11.52 |
| Brown, Brent A 1714 | Regular | 9.4500 | 36.00 | 340.20 | | Social Security 21.09 | | Check # 25193 |
| | | | | | | Medicare 4.93 | | Check Amt 291.56 |
| | | | | | | MI Income Tax 14.46 | | |
| | | | | | | MI MIDET CTY Inc 8.16 | | |
| | EMPLOYEE TOTAL | | 36.00 | 340.20 | | 48.64 | | Net Pay 291.56 |
| Carrothers, Brian 1691 | Regular | 9.4500 | 72.00 | 680.40 | | Social Security 48.14 | | Check # 25194 |
| | Overtime | 14.1750 | 4.50 | 63.79 | | Medicare 10.79 | | Check Amt 609.26 |
| | EMPLOYEE TOTAL | | 76.50 | 744.19 | | 58.93 | | Net Pay 609.26 |
| Davidson, Tyrone D 1694 | Regular | 9.7500 | 72.00 | 702.00 | | Social Security 50.78 | | Check # 25195 |
| | Holiday Overtime | 14.6250 | 8.00 | 117.00 | | Medicare 11.88 | | Check Amt 630.72 |
| | | | | | | Fed Income Tax 55.90 | | |
| | | | | | | MI Income Tax 27.62 | | |
| | | | | | | MI MIDET CTY Inc 16.10 | | |
| | EMPLOYEE TOTAL | | 80.00 | 819.00 | | 162.28 | | Net Pay 630.72 |
| Jackson, Jon G 1677 | Regular | 9.4500 | 71.00 | 670.95 | | Social Security 53.02 | | Check # 25196 |
| | Holiday Overtime | 14.1750 | 13.00 | 184.28 | | Medicare 12.40 | | Check Amt 648.90 |
| | | | | | | Fed Income Tax 84.83 | | |
| | | | | | | MI Income Tax 36.35 | | |
| | | | | | | MI MIDET CTY Inc 20.53 | | |
| | EMPLOYEE TOTAL | | 84.00 | 855.23 | | 206.93 | | Net Pay 648.30 |
| Newman, Brian 1637 | Regular | 9.4500 | 72.00 | 680.40 | | Social Security 42.19 | | Check # 25197 |
| | | | | | | Medicare 9.87 | | Check Amt 522.44 |
| | | | | | | Fed Income Tax 56.65 | | |
| | | | | | | MI Income Tax 29.92 | | |
| | | | | | | MI MIDET CTY Inc 16.33 | | |
| | EMPLOYEE TOTAL | | 72.00 | 680.40 | | 155.96 | | Net Pay 522.44 |
| Odom, Darrin 1588 | Regular | 12.0000 | 71.50 | 858.00 | | Social Security 53.20 | | Check # 25198 |
| | | | | | | Medicare 12.45 | | Check Amt 692.48 |
| | | | | | | Fed Income Tax 56.58 | | |
| | | | | | | MI Income Tax 25.27 | | |
| | | | | | | MI MIDET CTY Inc 18.02 | | |
| | EMPLOYEE TOTAL | | 71.50 | 858.00 | | 165.52 | | Net Pay 692.48 |

0050 0050-5774  Pyratech Security Systems Inc  
Run Date 06/10/19 03:18PM  
Period Start - End Date 05/26/19 - 06/08/19  
Check Date 06/11/19  
Payroll Journal  
Page 1 of 3  
PYRJRN  
18-55926-mlo   Doc 53   Filed 08/01/19   Entered 08/01/19 17:11:04   Page 9 of 17

## **** 100 STAFF (cont.)

| EMPLOYEE NAME ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMS & OTHER PAYMENTS | WITHHOLDINGS | DEDUCTIONS | NET PAY ALLOCATIONS |
|---|---|---|---|---|---|---|---|---|
| Rucker, Algerard J 1713 | Regular | 9.4500 | 42.00 | 396.90 | | Social Security 24.61<br>Medicare 5.75<br>Fed Income Tax 25.07<br>MI Income Tax 16.87 | | Net Pay 325.60<br>Check # 25199<br>Check Amt 325.60 |
| | EMPLOYEE TOTAL | | 42.00 | 396.90 | | 72.30 | | |
| Sanchez, Jose 1669 | Regular<br>Holiday Overtime | 9.4500<br>14.1750 | 72.00<br>8.00 | 680.40<br>113.40 | | Social Security 49.22<br>Medicare 11.51<br>Fed Income Tax 70.26<br>MI Income Tax 35.74<br>MI MIDET CTY Inc 19.05 | | Net Pay 611.02<br>Check # 25201<br>Check Amt 611.02 |
| | EMPLOYEE TOTAL | | 80.00 | 793.80 | | 185.78 | | |
| Shelton, Robert A 1556 | Regular<br>Holiday Overtime | 9.4500<br>14.1750 | 77.00<br>36.00 | 727.65<br>425.25 | | Social Security 47.75<br>Medicare 11.16<br>Fed Income Tax 31.63<br>MI Income Tax 32.73<br>MI MIDET CTY Inc 18.48 | | Net Pay 620.43<br>Check # 25202<br>Check Amt 620.43 |
| | EMPLOYEE TOTAL | | | | | 141.75 | | |
| Spiteri, Michael G 1530 | Regular | 9.4500 | 70.50 | 666.23 | | Social Security 41.30<br>Medicare 9.66<br>Fed Income Tax 35.85<br>MI Income Tax 21.12<br>MI MIDET CTY Inc 15.44 | | Net Pay 542.86<br>Check # 25203<br>Check Amt 542.86 |
| | EMPLOYEE TOTAL | | 70.50 | 666.23 | | 123.37 | | |
| Teamer, Larry N 21 | Regular | | | 2,000.00 | | Social Security 124.00<br>Medicare 29.00<br>Fed Income Tax 170.62<br>MI Income Tax 85.00<br>MI MIDET CTY Inc 48.00 | | Net Pay 1,543.38<br>Check # 25204<br>Check Amt 1,543.38 |
| | EMPLOYEE TOTAL | | | 2,000.00 | | 456.62 | | |
| Teamer, Yolanda Y 1290 | Regular | | | 1,000.00 | | Social Security 62.00<br>Medicare 14.50<br>Fed Income Tax 75.62<br>MI Income Tax 35.31<br>MI MIDET CTY Inc 22.45 | | Net Pay 789.92<br>Check # 25205<br>Check Amt 789.92 |
| | EMPLOYEE TOTAL | | | 1,000.00 | | 210.88 | | |
| Tompkins, Joseph R 1552 | Regular<br>Regular | | | 39.00<br>910.00 | | Social Security 58.84<br>Medicare 13.76<br>Fed Income Tax 33.36<br>MI Income Tax 25.95 | | Net Pay<br>Check #<br>Check Amt |

0050 0050-5774 Pyratech Security Systems Inc
Run Date 06/10/19 03:16 PM
Period Start - End Date 05/26/19 - 06/08/19
Check Date 06/11/19
Payroll Journal Page 2 of 3
PYRJRN

18-55926-mlo Doc 53 Filed 08/01/19 Entered 08/01/19 17:11:04 Page 10 of 17

| EMPLOYEE NAME ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| **** 100 STAFF (cont.) | | | | | | | | | | |
| Tompkins, Joseph R (cont.) 1552 | | | | | | MI MIDET CTY Inc | 21.67 | | Net Pay Check # 25205 Check Amt | 795.42 795.42 |
| | EMPLOYEE TOTAL | | 72.00 | 949.00 | | | | | | |
| Wallace, Corey L 1709 | Regular | 9.4500 | 72.00 | 680.40 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 42.19 9.86 4.56 7.34 14.67 | | Net Pay Check # 25207 Check Amt | 601.38 601.38 |
| | EMPLOYEE TOTAL | | 72.00 | 680.40 | | | | | | |
| Wilder, Antwione 1715 | Regular | 9.4500 | 54.50 | 515.03 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 31.93 7.46 36.89 21.99 12.36 | | Net Pay | 404.40 |
| | EMPLOYEE TOTAL | | 54.50 | 515.03 | | | 110.53 | | | |
| **COMPANY TOTALS** 15 Person(s) 16 Transaction(s) | Regular Holiday Overtime Overtime | | 790.50 40.00 4.50 | 11,623.16 570.61 63.79 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 759.99 177.72 739.02 417.41 251.24 | F O C | Check Amt | 9,842.99 |
| | COMPANY TOTAL | | 835.00 | 12,257.56 | | | 2,344.37 | | Net Pay | 9,842.99 |
| | | | | | | *Employer Liabilities* Social Security Medicare Fed Unemploy MI Unemploy MI OBLIG | 759.97 177.75 14.53 156.35 77.50 | | | |
| | | | | | | TOTAL EMPLOYER LIABILITY TOTAL TAX LIABILITY | 1,186.10 3,530.47 | | | |

(IC) = Independent Contractor

0050 0050-5774  Pyratech Security Systems Inc
Run Date 06/10/19  03:16 PM
Period Start – End Date  05/26/19 – 06/08/19
Check Date  06/11/19
Payroll Journal
Page 3 of 3
PYRJRN

18-55926-mlo    Doc 53    Filed 08/01/19    Entered 08/01/19 17:11:04    Page 11 of 17

| EMPLOYEE NAME ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| **** 100 STAFF | | | | | | | | | | |
| Brown, Brent A 1714 | Regular | 9.4500 | 49.50 | 467.78 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 29.01 6.78 1.39 19.86 11.23 | | Net Pay Check # 25208 Check Amt | 399.49 |
| Corrothers, Brian 1691 | Regular Overtime EMPLOYEE TOTAL | 9.4500 14.1750 | 78.00 4.50 | 737.10 63.78 | | | | | | |
| | | | 49.50 | 467.78 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 49.66 11.61 | | Net Pay Check # 25209 Check Amt | 399.32 |
| Davidson, Tyrone D 1684 | Regular EMPLOYEE TOTAL | 9.7500 | 82.50 64.00 | 800.89 624.00 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 61.27 68.29 36.69 9.05 37.93 19.33 14.42 | | Net Pay Check # 25210 Check Amt | 799.32 513.88 |
| Jackson, Jon G 1677 | Regular EMPLOYEE TOTAL | 9.4500 | 80.00 64.00 | 756.00 624.00 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 113.12 46.87 10.96 72.72 32.13 16.14 | | Net Pay Check # 25211 Check Amt | 518.38 |
| Newman, Brian 1637 | Regular EMPLOYEE TOTAL | 9.4500 | 80.00 80.00 | 756.00 756.00 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 180.82 46.87 10.96 65.72 32.13 18.14 | | Net Pay Check # 25212 Check Amt | 518.18 |
| Odom, Darrin 1588 | Regular EMPLOYEE TOTAL | 12.0000 | 77.00 77.00 | 924.00 924.00 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 173.62 57.29 13.39 66.50 32.08 10.81 | | Net Pay Check # 25213 Check Amt | 74.93 |
| Rucker, Algerard J 1713 | Regular EMPLOYEE TOTAL | 9.4500 | 53.50 53.50 | 505.58 505.58 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 180.07 31.34 7.33 36.94 21.49 96.10 | | Net Pay Check # 25214 Check Amt | 409.48 |

0050 0050-5774 Pyratech Security Systems Inc
Run Date 06/24/19 02:49 PM
Period Start - End Date 06/09/19 - 06/22/19
Check Date 06/25/19
Payroll Journal Page 1 of 3 PYRJRN

18-55926-mlo Doc 53 Filed 08/01/19 Entered 08/01/19 17:11:04 Page 12 of 17

# EMPLOYEE NAME / ID

| EMPLOYEE NAME ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | DEDUCTIONS | NET PAY ALLOCATIONS |
|---|---|---|---|---|---|---|---|---|
| **** 100 STAFF (cont.) | | | | | | | | |
| Sanchez, Jose 1668 | Regular | 9.4500 | 80.00 | 756.00 | | Social Security 46.87 / Medicare 10.96 / Fed Income Tax 65.72 / MI Income Tax 32.13 / MI MIDET CTY Inc 18.14 | | Check # 25215 Check Amt 582.18 Net Pay 582.18 |
| Shelton, Robert A 1556 | Regular | 9.4500 | 80.00 | 756.00 | | | | Check # 25216 Check Amt |
| | Overtime | 14.1750 | 1.00 | 14.18 | | | | Check # 25217 Check Amt |
| | CHECK 1 TOTAL | | | | | 175.82 | | GN |
| | Regular | 9.4500 | 4.00 | 42.53 | | Social Security / Medicare / Fed Income Tax / MI Income Tax 1.81 / MI MIDET CTY Inc 1.02 | | Net Pay |
| | CHECK 2 TOTAL | | | 42.53 | | Social Security 46.87 / Medicare 10.96 / Fed Income Tax 30.22 / MI Income Tax 32.13 / MI MIDET CTY Inc 16.14 | | |
| | EMPLOYEE TOTAL | | 85.00 | 756.00 | | 136.32 | | Net Pay |
| Spitert, Michael G 1530 | Regular | 9.4500 | 84.00 | 798.53 | | Social Security 43.95 / Medicare 10.28 / Fed Income Tax 40.67 / MI Income Tax 22.93 / MI MIDET CTY Inc 16.46 | | Check # 25218 Check Amt |
| | EMPLOYEE TOTAL | | 75.00 | 708.75 | | 144.41 | | Net Pay |
| Teamer, Larry N 21 | Regular | | 75.00 | 708.75 | | Social Security 124.00 / Medicare 29.00 / Fed Income Tax 170.62 / MI Income Tax 85.00 / MI MIDET CTY Inc 48.00 | | Check # 25219 Check Amt |
| | EMPLOYEE TOTAL | | | 2,000.00 | | 134.29 | | Net Pay |
| Teamer, Yolanda Y 1290 | Regular | | | 2,000.00 | | Social Security 62.00 / Medicare 14.50 / Fed Income Tax 75.62 / MI Income Tax 35.31 / MI MIDET CTY Inc 23.45 | Misc 200.00 | Check # 25220 Check Amt 1,561.38 |
| | EMPLOYEE TOTAL | | | 1,000.00 | | 456.62 | | Net Pay |
| | | | | 1,000.00 | | 210.88 | 200.00 | Net Pay |

0050 0050-5774 Pyratech Security Systems Inc
Run Date 06/24/19 02:49PM
Period Start - End Date 06/09/19 - 06/22/19
Check Date 06/25/19
Payroll Journal
Page 2 of 3
PYR.IRN

18-55926-mlo  Doc 53  Filed 08/01/19  Entered 08/01/19 17:11:04  Page 13 of 17

# PAYROLL JOURNAL

0050 0050-5774 Pyratech Security Systems Inc

## HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS

| EMPLOYEE NAME ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| **** 100 STAFF (cont.) | | | | | | | | | | |
| Tompkins, Joseph R 1552 | Regular | 9.4500 | 72.00 | 910.00 | | Social Security | 56.42 | | Net Pay | 703.90 |
| | | | | | | Medicare | 13.20 | | Check # 25221 | |
| | | | | | | Fed Income Tax | 29.46 | | Check Amt | |
| | | | | | | MI Income Tax | 24.29 | | | |
| | | | | | | MI MIDET CTY Inc | 20.73 | | | |
| | EMPLOYEE TOTAL | | 72.00 | 910.00 | | | | | | |
| Wallace, Corey L 1709 | Regular | 9.4500 | 72.00 | 680.40 | | Social Security | 42.18 | | Net Pay | |
| | | | | | | Medicare | 9.87 | | Check # 25222 | |
| | | | | | | Fed Income Tax | 40.66 | | Check Amt | |
| | | | | | | MI Income Tax | 17.34 | | | |
| | | | | | | MI MIDET CTY Inc | 14.67 | | | |
| | EMPLOYEE TOTAL | | 72.00 | 680.40 | | | | | | |
| Wilder, Antwione 1715 | Regular | 9.4500 | 77.50 | 732.38 | | Social Security | 49.02 | | Net Pay | 611.38 |
| | Overtime | 14.1750 | 3.50 | 49.81 | | Medicare | 46.49 | | Check # 25223 | |
| | | | | | | Fed Income Tax | 11.34 | | Check Amt | |
| | | | | | | MI Income Tax | 66.84 | | | |
| | | | | | | MI MIDET CTY Inc | 35.23 | | | |
| | | | | | | | 16.77 | | | |
| | EMPLOYEE TOTAL | | 81.00 | 781.99 | | | 180.66 | | Net Pay | 601.33 |
| **COMPANY TOTALS** | | | | | | | | | | |
| 15 Person(s) | Regular | | 869.50 | 12,342.34 | | Social Security | 773.14 Misc | | | |
| 16 Transaction(s) | Overtime | | 9.00 | 127.58 | | Medicare | 180.81 | | | |
| | | | | | | Fed Income Tax | 760.60 | | | |
| | | | | | | MI Income Tax | 431.21 | | | |
| | | | | | | MI MIDET CTY Inc | 252.12 | | | |
| | COMPANY TOTAL | | 878.50 | 12,469.92 | | | 2,397.29 | 200.00 | Check Amt | 9,872.63 |
| | | | | | *Employer Liabilities* | | | | | |
| | | | | | | Social Security | 773.13 | | | |
| | | | | | | Medicare | 180.82 | | | |
| | | | | | | Fed Unemploy | 13.42 | | | |
| | | | | | | MI Unemploy | 104.07 | | | |
| | | | | | | MI OBLIG | 51.57 | | | |
| | | | | | TOTAL EMPLOYER LIABILITY | | 1,123.01 | | | |
| | | | | | TOTAL TAX LIABILITY | | 3,520.30 | | | |

(IC) = Independent Contractor

0050 0050-5774 Pyratech Security Systems Inc
Run Date 06/24/19 02:49 PM
Period Start - End Date 06/09/19 - 06/22/19
Check Date 06/25/19
Payroll Journal
Page 3 of 3
PYRJRN

18-55926-mlo    Doc 53    Filed 08/01/19    Entered 08/01/19 17:11:04    Page 14 of 17

# PAYROLL JOURNAL

| EMPLOYEE NAME ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | DEDUCTIONS | NET PAY ALLOCATIONS |
|---|---|---|---|---|---|---|---|---|
| **** 100 STAFF | | | | | | | | |
| Brown, Brent A 1714 | Regular | 9.4500 | 65.50 | 618.98 | | Social Security 38.37 / Medicare 8.98 / Fed Income Tax 16.51 / MI Income Tax 26.31 / MI MIDET CTY Inc 14.86 | | Net Pay 513.95 / Check # 25224 / Check Amt |
| Corrothers, Brian 1691 | Regular | 9.4500 | 65.50 | 647.33 | | Social Security 40.13 / Medicare 9.39 | | Check # 25225 / Check Amt 513.81 |
| | EMPLOYEE TOTAL | | 68.50 | 647.33 | | 49.52 | | Net Pay |
| Davidson, Tyrone D 1684 | Regular / Holiday Overtime | 9.7500 / 14.6250 | 70.00 / 8.00 | 682.50 / 117.00 | | Social Security 49.57 / Medicare 11.59 / Fed Income Tax 51.56 / MI Income Tax 26.79 / MI MIDET CTY Inc 18.63 | | Check # 25226 / Check Amt 641.36 |
| | EMPLOYEE TOTAL | | 78.00 | 799.50 | | 158.14 | | Net Pay |
| Jackson, Jon G 1677 | Regular / Holiday Overtime | 9.4500 / 14.1750 | 77.00 / 7.00 | 727.65 / 99.23 | | Social Security 51.27 / Medicare 11.99 / Fed Income Tax 81.23 / MI Income Tax 35.14 / MI MIDET CTY Inc 19.85 | | Check # 25227 / Check Amt 628.40 |
| | EMPLOYEE TOTAL | | 84.00 | 826.88 | | 199.48 | | Net Pay |
| Miles, Jesse 1717 | Regular | 9.4500 | 75.00 | 708.75 | | Social Security 43.94 / Medicare 10.28 / Fed Income Tax 40.67 / MI Income Tax 22.93 / MI MIDET CTY Inc 16.46 | Misc 50.00 | Check # 25228 / Check Amt 524.47 |
| | EMPLOYEE TOTAL | | 75.00 | 708.75 | | 134.28 | 50.00 | Net Pay |
| Newman, Brian 1637 | Regular | 9.4500 | 64.00 | 604.80 | | Social Security 37.50 / Medicare 8.77 / Fed Income Tax 47.58 / MI Income Tax 25.70 / MI MIDET CTY Inc 14.52 | | Check # 25229 / Check Amt 470.73 |
| | EMPLOYEE TOTAL | | 64.00 | 604.80 | | 134.07 | | Net Pay |
| Odom, Darrin 1588 | Regular | 9.4500 | 3.50 | 33.08 | | Social Security 2.05 / Medicare 0.48 / MI MIDET CTY Inc 0.12 | | EA Check # Unknown / Check Amt / Manual |
| | CHECK 1 TOTAL | | 3.50 | 33.08 | | 2.65 | | Net Pay 30.43 |

0050 0050-5774  Pyratech Security Systems Inc
Run Date 07/08/19 · 02:54 PM
Period Start - End Date  06/23/19 - 07/06/19
Check Date  07/09/19
Payroll Journal
Page 1 of 4
PYRJRN

18-55926-mlo    Doc 53    Filed 08/01/19    Entered 08/01/19 17:11:04    Page 15 of 17

# PAYROLL JOURNAL

## HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS

| EMPLOYEE NAME ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | DEDUCTIONS | NET PAY ALLOCATIONS |
|---|---|---|---|---|---|---|---|---|
| **** 100 STAFF (cont.) | | | | | | | | |
| Odom, Darrin (cont.) 1588 | Regular | 12.0000 | 62.00 | 744.00 | | Social Security 46.13<br>Medicare 10.79<br>Fed Income Tax 44.90<br>MI Income Tax 24.43<br>MI MIDET CTY Inc 8.65 | | Net Pay 609.10<br>Check # 25230<br>Check Amt |
| | CHECK 2 TOTAL | | 62.00 | 744.00 | | 134.90 | | |
| Parrish, Tarik 1716 | Regular<br>Bank Time-Memo | 9.4500 | 76.00<br>65.50 | 718.20 | M12.50 Misc | Social Security 44.53<br>Medicare 10.41<br>Fed Income Tax 24.90<br>MI Income Tax 16.14<br>MI MIDET CTY Inc 16.13 | | Net Pay 580.09<br>Check # 25231<br>Check Amt |
| | EMPLOYEE TOTAL | | 76.00 | 718.20 | | 137.55 | 50.00 | |
| Rucker, Algerard J 1713 | Regular<br>Overtime | 9.4500<br>14.1750 | 80.00<br>7.50 | 756.00<br>106.31 | | Social Security 53.47<br>Medicare 12.51<br>Fed Income Tax 78.48<br>MI Income Tax 36.65 | | Net Pay 681.20<br>Check # 25232<br>Check Amt |
| | EMPLOYEE TOTAL | | 87.50 | 862.31 | | 181.11 | | |
| Sanchez, Jose 1663 | Regular<br>Overtime<br>Holiday Overtime | 9.4500<br>14.1750<br>14.1750 | 72.00<br>8.00<br>8.00 | 680.40<br>113.40<br>113.40 | | Social Security 56.25<br>Medicare 13.16<br>Fed Income Tax 83.96<br>MI Income Tax 38.56<br>MI MIDET CTY Inc 21.77 | | Net Pay 693.80<br>Check # 25233<br>Check Amt |
| | EMPLOYEE TOTAL | | 88.00 | 907.20 | | 213.60 | | |
| Shelton, Robert A 1556 | Regular<br>Holiday Overtime | 9.4500<br>14.1750 | 72.00<br>8.00 | 680.40<br>113.40 | | Social Security 46.21<br>Medicare 11.51<br>Fed Income Tax 34.00<br>MI Income Tax 33.74<br>MI MIDET CTY Inc 19.05 | | Net Pay 646.29<br>Check # 25234<br>Check Amt |
| | EMPLOYEE TOTAL | | 50.00 | 793.80 | | 147.51 | | |
| Spiteri, Michael G 1530 | Regular | 9.4500 | 50.00 | 472.50 | | Social Security 29.29<br>Medicare 6.85<br>Fed Income Tax 16.48<br>MI Income Tax 12.89<br>MI MIDET CTY Inc 10.79 | | Net Pay 396.20<br>Check # 25235<br>Check Amt |
| | EMPLOYEE TOTAL | | 50.00 | 472.50 | | 76.30 | | |

Period Start - End Date  06/23/19 - 07/06/19
Check Date  07/08/19

| EMPLOYEE NAME ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS |
|---|---|---|---|---|---|---|---|---|---|
| **** 100 STAFF (cont.) | | | | | | | | | |
| Tearner, Larry N 21 | Regular | | | 2,000.00 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 124.00 29.00 170.62 85.00 48.00 | | Check # 25236 Check Amt |
| | EMPLOYEE TOTAL | | | 2,000.00 | | | 456.62 | | Net Pay 1,543.38 |
| Tearner, Yolanda Y 1290 | Regular | | | 1,000.00 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 62.00 14.50 75.62 35.31 23.45 | | Check # 25237 Check Amt |
| | EMPLOYEE TOTAL | | | 1,000.00 | | | 210.88 | | Net Pay 789.12 |
| Tompkins, Joseph R 1552 | Regular Misc Pay | 9.7500 | 8.00 8.00 | 910.00 78.00 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 61.26 14.32 37.26 27.61 22.60 | | Check # 25238 Check Amt |
| | EMPLOYEE TOTAL | | | 988.00 | | | 163.04 | | Net Pay 824.96 |
| Wallace, Corey L 1709 | Regular Holiday Overtime | 9.4500 14.1750 | 72.00 8.00 | 680.40 113.40 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 49.22 11.51 16.30 12.16 17.39 | | Check # 25239 Check Amt |
| | EMPLOYEE TOTAL | | | 793.80 | | | 106.58 | | Net Pay 687.22 |
| Wilder, Antwione 1715 | Regular Overtime | 9.4500 14.1750 | 77.50 5.50 | 732.38 77.96 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 50.24 11.75 72.24 34.44 19.45 | | Check # 25240 Check Amt |
| | EMPLOYEE TOTAL | | | 810.34 | | | 188.12 | | Net Pay 622.22 |
| **COMPANY TOTALS** 17 Person(s) 18 Transaction(s) | Regular Misc Pay Holiday Overtime Overtime Bank Time-Memo | | 985.00 8.00 36.00 21.00 | 13,397.37 78.00 556.43 297.67 | | Social Security Medicare Fed Income Tax MI Income Tax MI MIDET CTY Inc | 886.42 207.79 882.21 465.80 291.72 | Misc 100.00 | Check Amt Manual 100.00 |
| | COMPANY TOTAL | | 1,053.00 | 14,329.47 | | | 2,773.94 | | 11,455.53 |

0050 0050-5774 Pyratech Security Systems Inc
Run Date:07/08/19 02:54 PM

Period Start – End Date    08/23/19 – 07/06/19
Check Date                 07/05/19

Payroll Journal
Page 3 of 4
PYRJRN

18-55926-mlo    Doc 53    Filed 08/01/19    Entered 08/01/19 17:11:04    Page 17 of 17